B1 (Official Form 1)(04/13)

| **United States Bankruptcy Court**<br>**Western District of New York** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Greg DiPaolo's Pro Am Golf, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Sugar Hill Golf Course** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-2238405** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7060 East Lake Road**<br>**Westfield, NY**<br><div align="right">ZIP Code<br>**14787**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Chautauqua** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **Chautauqua County** | |

---

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Greg DiPaolo's Pro Am Golf, LLC** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)            (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Greg DiPaolo's Pro Am Golf, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Robert B. Gleichenhaus, Esq.**
Signature of Attorney for Debtor(s)

**Robert B. Gleichenhaus, Esq.**
Printed Name of Attorney for Debtor(s)

**Gleichenhaus, Marchese & Weishaar, P.C.**
Firm Name
**930 Convention Tower**
**43 Court Street**
**Buffalo, NY 14202**

Address

**(716) 845-6446  Fax: (716) 845-6475**
Telephone Number

**June 15, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Patti Ann Brown**
Signature of Authorized Individual
**Patti Ann Brown**
Printed Name of Authorized Individual
**Managing Member**
Title of Authorized Individual
**June 15, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Western District of New York

In re   **Greg DiPaolo's Pro Am Golf, LLC**        Case No. _____

Debtor(s)        Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Chase Business Card**<br>**c/o Chase Bank USA, N.A.**<br>**201 North Walnut Street**<br>**Wilmington, DE 19801** | **Chase Business Card**<br>**c/o Chase Bank USA, N.A.**<br>**201 North Walnut Street**<br>**Wilmington, DE 19801** | **Credit** | | **17,136.00** |
| **Chase Ink Business Card**<br>**c/o Chase Bank USA, N.A.**<br>**201 North Walnut Street**<br>**Wilmington, DE 19801** | **Chase Ink Business Card**<br>**c/o Chase Bank USA, N.A.**<br>**201 North Walnut Street**<br>**Wilmington, DE 19801** | **Credit** | | **22,806.00** |
| **Daniel Alan Nicholas**<br>**9101 Greiner Road**<br>**Clarence, NY 14031** | **Daniel Alan Nicholas**<br>**9101 Greiner Road**<br>**Clarence, NY 14031** | **Business loan** | | **21,463.00** |
| **Dennis Foley**<br>**P.O. Box 14038**<br>**Mexico Beach, FL 32010** | **Dennis Foley**<br>**P.O. Box 14038**<br>**Mexico Beach, FL 32010** | **Business loan** | | **24,962.00** |
| **Donald H. Haskin Sr.**<br>**7765 East Lake Road**<br>**Westfield, NY 14787** | **Donald H. Haskin Sr.**<br>**7765 East Lake Road**<br>**Westfield, NY 14787** | **Business loan** | | **20,465.00** |
| **FIA Card Services**<br>**c/o Bank of America, N.A.**<br>**100 North Tryon St**<br>**Charlotte, NC 28202** | **FIA Card Services**<br>**c/o Bank of America, N.A.**<br>**100 North Tryon St**<br>**Charlotte, NC 28202** | **Credit** | | **27,177.00** |
| **Floyd Kurgan**<br>**47 Risley**<br>**Fredonia, NY 14063** | **Floyd Kurgan**<br>**47 Risley**<br>**Fredonia, NY 14063** | **Business loan** | | **8,187.00** |
| **Gail Black**<br>**7904 Route 5**<br>**Westfield, NY 14787** | **Gail Black**<br>**7904 Route 5**<br>**Westfield, NY 14787** | **Rental agreement** | | **1,600.00** |
| **Gary's Turf Care**<br>**6505 Draper Road**<br>**Akron, NY 14001** | **Gary's Turf Care**<br>**6505 Draper Road**<br>**Akron, NY 14001** | **Services** | | **803.00** |
| **Michael Paul Bush**<br>**7805 Persons Road**<br>**Westfield, NY 14787** | **Michael Paul Bush**<br>**7805 Persons Road**<br>**Westfield, NY 14787** | **Business loan** | | **3,751.00** |
| **NYSDEC**<br>**Region 9 Office**<br>**270 Michigan Avenue**<br>**Buffalo, NY 14203** | **NYSDEC**<br>**Region 9 Office**<br>**270 Michigan Avenue**<br>**Buffalo, NY 14203** | **Permit fee** | | **382.00** |

In re  **Greg DiPaolo's Pro Am Golf, LLC**          Case No.  _____

<center>Debtor(s)</center>

<center>

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

</center>

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Penny Saver**<br>**276 West Main Street**<br>**P.O. Box 493**<br>**Fredonia, NY 14063** | **Penny Saver**<br>**276 West Main Street**<br>**P.O. Box 493**<br>**Fredonia, NY 14063** | **Services** | | **214.00** |
| **Thomas Roswell Lippard IV**<br>**2408 Ailsa Craig Street**<br>**Henderson, NV 89044** | **Thomas Roswell Lippard IV**<br>**2408 Ailsa Craig Street**<br>**Henderson, NV 89044** | **Business loan** | | **2,953.00** |
| **TImothy M. Brown, CPA PLLC**<br>**8500 Sheridan Drive, Suite A**<br>**Williamsville, NY 14221** | **TImothy M. Brown, CPA PLLC**<br>**8500 Sheridan Drive, Suite A**<br>**Williamsville, NY 14221** | **Accountiing services** | | **10,500.00** |
| **Tracey Brunecz**<br>**501 Tower Drive Apt111**<br>**Rotterdam, NY 12306** | **Tracey Brunecz**<br>**501 Tower Drive Apt111**<br>**Rotterdam, NY 12306** | **Business loan** | | **2,953.00** |
| **Universal Resources Holdings,Inc ..**<br>**3152 East Main Road**<br>**Dunkirk, NY 14048** | **Universal Resources Holdings,Inc ..**<br>**3152 East Main Road**<br>**Dunkirk, NY 14048** | **Utilities** | | **1,889.00** |
| **Willard H. J. Saperston**<br>**237 Main Street**<br>**Bullalo, NY 14203** | **Willard H. J. Saperston**<br>**237 Main Street**<br>**Bullalo, NY 14203** | **Business loan** | | **2,486.00** |
| | | | | |
| | | | | |
| | | | | |

<center>

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

</center>

       I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 15, 2015**  _____        Signature  **/s/ Patti Ann Brown**
                                                               **Patti Ann Brown**
                                                               **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
<center>18 U.S.C. §§  152 and 3571.</center>

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re     **Greg DiPaolo's Pro Am Golf, LLC**                ,     Case No. _____

                                       Debtor

Chapter                    **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,700,000.00 | | |
| B - Personal Property | Yes | 6 | 40,230.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 764,934.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 1,109,500.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 730,036.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 18 | | | |
| Total Assets | | | 1,740,230.00 | | |
| Total Liabilities | | | | 2,604,470.00 | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

.

# United States Bankruptcy Court

### Western District of New York

In re    **Greg DiPaolo's Pro Am Golf, LLC**              ,        Case No. _____

                                 Debtor

Chapter             **11**      

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Greg DiPaolo's Pro Am Golf, LLC** , Case No. _____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Sugar Hill Golf Course located at:**<br><br>**7060 East Lake Road**<br>**Westfield New York**<br><br>**Consisting of:**<br><br>**2.30 acres (SBL 066089-160.00-2-46)**<br>**20.80 acres (SBL 066089-160.00-2-6)**<br>**21.70 acres (SBL 066089-160.00-2-7)** | **fee simple** | - | **1,700,000.00** | **697,314.00** |

| | | |
|---|---|---|
| Sub-Total > | **1,700,000.00** | (Total of this page) |
| Total > | **1,700,000.00** | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Greg DiPaolo's Pro Am Golf, LLC**                    , Case No. _____

_____ Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Petty Cash** | - | 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Operating (checking) account at Community Bank** | - | 70.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                    270.00
(Total of this page)

**5** continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

In re   **Greg DiPaolo's Pro Am Golf, LLC**            ,   Case No. _____

                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                     Sub-Total >      **0.00**
                                             (Total of this page)

Sheet __1__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

In re    **Greg DiPaolo's Pro Am Golf, LLC**               ,        Case No. _____

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **(16) 1996 Textron Industries Gas Powered Golf Carts** | - | 16,000.00 |
| | | **(1) 1990 Yamaha Golf Carts** | - | 500.00 |
| | | **1970 Ford 2000 Tractor** | - | 3,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **John Deere Professional (2653) Utility Mower SN M02653B060038 * in substantial disrepair** | - | 100.00 ⁺ₜ |
| | | **Woods (5160) Mowing Machine SN 341541** | - | 2,000.00 |
| | | **(1) Bladder Tank** | - | 250.00 |
| | | **(6) rental pull carts** | - | 100.00 |
| | | **(8) rental golf club sets** | - | 50.00 |
| | | **John Deere (2243) Greensmower SN M02243X965040** | - | 2,000.00 |

                                                Sub-Total >      **24,000.00**
                                         (Total of this page)

Sheet  **2**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

In re __Greg DiPaolo's Pro Am Golf, LLC_____,  Case No. _____
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Toro (3000) Greensmower SN 04350-20489 * scrap value only | - | 20.00′ł |
| | | Jacobson Greens King SN 62219 10383 * scrap value only | - | 20.00′ł |
| | | John Deere (JD22) Greens Mower | - | 500.00 |
| | | Mighty-Matic Top Dresser | - | 1,000.00 |
| | | Lesco (17900) 50 gal. Sprayer with 12' boom SN SPD 0547 | - | 500.00 |
| | | Miscellaneous tools including: Hand tools, bench grinder, vise , Hobert welding machine , water pumps, 5 Gang Mowing Unit, (1) utility wagon, Sprinklers, etc | - | 200.00 |

|  |  |
|---|---|
| Sub-Total > | 2,240.00 |
| (Total of this page) | |

Sheet __3__ of __5__ continuation sheets attached
to the Schedule of Personal Property

In re **Greg DiPaolo's Pro Am Golf, LLC** ,  Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Restaurant Equipment:** | - | **5,000.00** |
| | | **(2) Glass Display cases/counter** | | |
| | | **(1) Challenger (AR-28) Raetone double SN B-62-5847** | | |
| | | **(1) 8x8 (ADT-0700r) walk-in Refridgerator SN DSL 01057** | | |
| | | **(1) 8x12 walk-in Refridgerator** | | |
| | | **(1) upright singles freezers** | | |
| | | **(1) 2003 Badger (GRG 6) extinguisher system** | | |
| | | **(2) Exhaust hoods** | | |
| | | **(1) Blodgett double convection oven** | | |
| | | **(1) Salamander Garland broiler with ovens** | | |
| | | **(1) Imperial four burner stove top** | | |
| | | **(1) Microwave** | | |
| | | **(1) Segamatic (DMF50G) 5 Well Steam Table  SN FS709458, 2** | | |
| | | **Miscellaneous small ware, including, flatware, glassware, dishes, etc.** | | |
| | | **(2) cash registers** | | |
| | | **(1) Sharp ER2386S Esper SN 48008738** | | |
| | | **(1) Outdoor gas grill** | | |
| | | **(1) Scotsman (CME256AE-IC) Ice machine SN 248322-040** | | |
| | | **(1) 600 lb. Bin for ice machine** | | |
| | | **(1) Bunomatic 4 burner auto drip coffee maker SN 50892** | | |
| | | **(25) tables of various sizes** | | |
| | | **(90) regular chairs** | | |
| | | **(50) banquet chairs** | | |
| | | **(5) 10' banquet tables** | | |
| | | **(1) ITT Marlin V8 Irrigation pump** | - | **6,000.00** |
| | | **(1) 1996 Ransoms Triplex Mower** | - | **500.00** |
| | | **(1) Greens Air aerator** | - | **50.00** |
| | | **(1) 1996 Ransoms Fairway Mower** | - | **1,500.00** |
| | | **(1) Aarons snowblower** | - | **500.00** |
| 30.  Inventory. | | **Miscellaneous gasoline, fertilizer and chemicals** | - | **50.00** |
| | | **Used golf balls, tees, etc** | - | **100.00** |
| | | **Golf caps** | - | **20.00** |
| 31.  Animals. | X | | | |

|  | Sub-Total > | **13,720.00** |
|---|---|---|
| | (Total of this page) | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 1-15-11354-CLB    Doc 1   Filed 06/23/15    Entered 06/23/15 18:29:06    Desc Main
Document      Page 13 of 50

In re    **Greg DiPaolo's Pro Am Golf, LLC**             ,      Case No. _____

                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 40,230.00 |

Sheet __5__ of __5__ continuation sheets attached         (Report also on Summary of Schedules)
to the Schedule of Personal Property

In re **Greg DiPaolo's Pro Am Golf, LLC** , Case No. _____
                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **M&T Bank** 1100 Wehrke Drive, wnd Floor Buffalo, NY 14221 | X | | - | | **2007** **Mortgage & UCC** **Sugar Hill Golf Course located at:** **7060 East Lake Road** **Westfield New York** Value $ **1,700,000.00** | | | | **409,745.00** | **0.00** |
| Account No. **Getman & Biryla, LLP** Attn: Seth L. Hibbert, Esq. 800 Rand Building 14 Lafayette Square Buffalo, NY 14203 | | | | | Representing: M&T Bank Value $ | | | | **Notice Only** | |
| Account No. **Strictly Refrigeration** 8305 Ogden Rd Westfield, NY 14787 | | | - | | **Judgment** **Sugar Hill Golf Course located at:** **7060 East Lake Road** **Westfield New York** Value $ **1,700,000.00** | | | | **31,800.00** | **0.00** |
| Account No. **Phillips Lytle LLP** Attn: Alan J. Bozer, Esq. One Canalside 125 Main Street Buffalo, NY 14203-2887 | | | | | Representing: Strictly Refrigeration Value $ | | | | **Notice Only** | |
| __1__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | **441,545.00** | **0.00** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re **Greg DiPaolo's Pro Am Golf, LLC** , Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 2010 | | | Third Mortgage | | | | | |
| Thomas F. Keefe, Esq. 4455 Transit Rd Buffalo, NY 14221 | | - | Sugar Hill Golf Course located at: 7060 East Lake Road Westfield New York | | | | | |
| | | | Value $ 1,700,000.00 | | | | 18,026.00 | 0.00 |
| Account No. 2007 | | | Second Mortage & UCC | | | | | |
| US Small Business Administration 130 S. Elmwood Avenue Suite 540 Buffalo, NY 14202 | X | - | Sugar Hill Golf Course located at: 7060 East Lake Road Westfield New York | | | | | |
| | | | Value $ 1,700,000.00 | | | | 237,743.00 | 0.00 |
| Account No. | | | Representing: US Small Business Administration | | | | Notice Only | |
| CBE Group 1309 Technology Parkway Cedar Falls, IA 50613 | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 255,769.00 | 0.00 |
| Total (Report on Summary of Schedules) | 697,314.00 | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    **Greg DiPaolo's Pro Am Golf, LLC**
                                                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

1    _continuation sheets attached_

In re __Greg DiPaolo's Pro Am Golf, LLC__ ,    Case No. _____
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>Gregory D. DiPaolo<br>7060 East Lake Road<br>Westfield, NY 14787 | - | | 2007+ <br><br>Wages | | | | <br><br>496,000.00 | 469,000.00 <br><br>27,000.00 |
| Account No. <br><br>Paige A. DiPaolo<br>7060 East Lake Road<br>Westfield, NY 14787 | - | | 2012+ <br><br>Wages | | | | <br><br>117,500.00 | 104,000.00 <br><br>13,500.00 |
| Account No. <br><br>Patti Ann Brown<br>7060 East Lake Road<br>Westfield, NY 14787 | - | | 2007+ <br><br>Wages | | | | <br><br>496,000.00 | 469,000.00 <br><br>27,000.00 |
| Account No. <br><br><br><br> | | | | | | | | |
| Account No. <br><br><br><br> | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 1,042,000.00 <br> 1,109,500.00 | 67,500.00 |
| Total <br> (Report on Summary of Schedules) | 1,042,000.00 <br> 1,109,500.00 | 67,500.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re   **Greg DiPaolo's Pro Am Golf, LLC**                                              Case No. _____
_____ ,
                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7016**<br><br>**Chase Business Card**☐☐<br>**c/o Chase Bank USA, N.A.**<br>**201 North Walnut Street**<br>**Wilmington, DE 19801** | | - | **2007**<br>**Credit** | | | | 17,136.00 |
| Account No. **8980**<br><br>**Chase Ink Business Card**<br>**c/o Chase Bank USA, N.A.**<br>**201 North Walnut Street**<br>**Wilmington, DE 19801** | | | **2008**<br>**Credit** | | | | 22,806.00 |
| Account No.<br><br>**Daniel Alan Nicholas**<br>**9101 Greiner Road**<br>**Clarence, NY 14031** | | - | **2011**<br>**Business loan** | | | | 21,463.00 |
| Account No.<br><br>**Dennis Foley**<br>**P.O. Box 14038**<br>**Mexico Beach, FL 32010** | | - | **2010**<br>**Business loan** | | | | 24,962.00 |

__4__   continuation sheets attached

Subtotal
(Total of this page)                                                                 86,367.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com   S/N:31898-150611   Best Case Bankruptcy

In re **Greg DiPaolo's Pro Am Golf, LLC** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Dennis Foley<br>P.O. Box 14038<br>Mexico Beach, FL 32010 | | - | | | 2010<br>Business loan | | | | 24,761.00 |
| Account No.<br><br>Donald H. Haskin Sr.<br>7765 East Lake Road<br>Westfield, NY 14787 | | - | | | 2012<br>Business loan | | | | 20,465.00 |
| Account No. **4824**<br><br>FIA Card Services<br>c/o Bank of America, N.A.<br>100 North Tryon St<br>Charlotte, NC 28202 | | - | | | 2008<br>Credit | | | | 27,177.00 |
| Account No.<br><br>Floyd Kurgan<br>47 Risley<br>Fredonia, NY 14063 | | - | | | 2010<br>Business loan | | | | 8,187.00 |
| Account No.<br><br>Gail Black<br>7904 Route 5<br>Westfield, NY 14787 | | - | | | 2013<br>Rental agreement | | | | 1,600.00 |

Sheet no. __1__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

82,190.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re  **Greg DiPaolo's Pro Am Golf, LLC** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 2009 Services | | | | |
| Gary's Turf Care 6505 Draper Road Akron, NY 14001 | | - | | | | | | | |
| | | | | | | | | | 803.00 |
| Account No. | | | | | 2009 Insurance arrears | | | | |
| Gregory D. DiPaolo 7060 East Lake Road Westfield, NY 14787 | | - | | | | | | | |
| | | | | | | | | | 35,548.00 |
| Account No. | | | | | 2013 Business loan | | | | |
| Michael Paul Bush 7805 Persons Road Westfield, NY 14787 | | - | | | | | | | |
| | | | | | | | | | 3,751.00 |
| Account No. **8161** | | | | | 2014 Permit fee | | | | |
| NYSDEC Region 9 Office 270 Michigan Avenue Buffalo, NY 14203 | | - | | | | | | | |
| | | | | | | | | | 382.00 |
| Account No. | | | | | 2007+ Paid in capital | | | | |
| Patti Ann Brown & Gregory D. DiPaolo 7060 East Lake Road Westfield, NY 14787 | | - | | | | | X | | |
| | | | | | | | | | 500,000.00 |

Sheet no. __2__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **540,484.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re   **Greg DiPaolo's Pro Am Golf, LLC**         ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Penny Saver**<br>**276 West Main Street**<br>**P.O. Box 493**<br>**Fredonia, NY 14063** | - | | 2013<br>Services | | | | 214.00 |
| Account No.<br><br>**Thomas Roswell Lippard IV**<br>**2408 Ailsa Craig Street**<br>**Henderson, NV 89044** | - | | 2012<br>Business loan | | | | 2,953.00 |
| Account No.<br><br>**TImothy M. Brown, CPA PLLC**<br>**8500 Sheridan Drive, Suite A**<br>**Williamsville, NY 14221** | - | | 2010<br>Accountiing services | | | | 10,500.00 |
| Account No.<br><br>**Tracey Brunecz**<br>**501 Tower Drive Apt111**<br>**Rotterdam, NY 12306** | - | | 2011<br>Business loan | | | | 2,953.00 |
| Account No.<br><br>**Universal Resources Holdings,Inc ..**<br>**3152 East Main Road**<br>**Dunkirk, NY 14048** | - | | 2014+<br>Utilities | | | | 1,889.00 |

Sheet no. __3__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    (Total of this page)    **18,509.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re     **Greg DiPaolo's Pro Am Golf, LLC**                  ,      Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Willard H. J. Saperston** <br> **237 Main Street** <br> **Bullalo, NY 14203** | - | | **2012** <br> **Business loan** | | | | **2,486.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of             Subtotal      **2,486.00**
Creditors Holding Unsecured Nonpriority Claims       (Total of this page)

                                                    Total      **730,036.00**
                                   (Report on Summary of Schedules)

In re   **Greg DiPaolo's Pro Am Golf, LLC**          ,      Case No. _____

                                  Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **New Caddyshack Restaurant, Inc.**<br>**7060 East Lake Road**<br>**Westfield, NY 14787** | **Debtor leases restaurant to New Caddyshack Restaurant, Inc.** |

0

In re  **Greg DiPaolo's Pro Am Golf, LLC**

Case No. _____

_____,

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gregory D. DiPaolo**<br>**7060 East Lake Road**<br>**Westfield, NY 14787** | **M&T Bank**<br>**1100 Wehrke Drive, wnd Floor**<br>**Buffalo, NY 14221** |
| **Gregory D. DiPaolo**<br>**7060 East Lake Road**<br>**Westfield, NY 14787** | **US Small Business Administration**<br>**130 S. Elmwood Avenue Suite 540**<br>**Buffalo, NY 14202** |
| **Patti Ann Brown**<br>**7060 East Lake Road**<br>**Westfield, NY 14787** | **M&T Bank**<br>**1100 Wehrke Drive, wnd Floor**<br>**Buffalo, NY 14221** |
| **Patti Ann Brown**<br>**7060 East Lake Road**<br>**Westfield, NY 14787** | **US Small Business Administration**<br>**130 S. Elmwood Avenue Suite 540**<br>**Buffalo, NY 14202** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re    **Greg DiPaolo's Pro Am Golf, LLC** _____    Case No. _____

                                       Debtor(s)        Chapter    **11** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**20**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **June 15, 2015** _____        Signature      **/s/ Patti Ann Brown** _____

                                                            **Patti Ann Brown**
                                                           **Managing Member**

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of New York

In re    **Greg DiPaolo's Pro Am Golf, LLC**           Case No.               
                            Debtor(s)         Chapter     **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$5,000.00** | **2015 YTD: (approx) Business Income** |
| **$10,000.00** | **2014: (approx) Business Income** |
| **$10,000.00** | **2013: (approx) Business Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

           AMOUNT                      SOURCE

### 3. Payments to creditors

None ■

**Complete a. or b., as appropriate, and c.**

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **M&T Bank v. Greg DiPaolo's Pro Am Golf** | **Foreclosure** | **NYS Supreme** | **Sale pending** |
| **Strictly Refrigeration v. Greg DiPaolo's Pro Am Golf LLC** | **Contract Dispute** | **NYS Supreme** | **Judgment** |

None ☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Strictly Refrigeration**<br>**8305 Ogden Rd**<br>**Westfield, NY 14787** | | **Strictly Refridgeration restrained operating account** |

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Gleichenhaus, Marchese & Weishaar, P.C. 930 Convention Tower 43 Court Street Buffalo, NY 14202** | **06/2015** | **$10,000** |

**10. Other transfers**

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Scrap** | | **Only in the context of occasional scrap of dilapidated equipment** |

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---------|-----------|--------------------|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|----------------------------------------|----------------|--------------------|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|----------------------------------------|----------------|--------------------|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|----------------------------------------|---------------|------------------------|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **Timothy M. Brown CPA PLLC** | **Debtors CPA assists in tax preparation** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Patti Ann Brown**<br>**7060 East Lake Road**<br>**Westfield, NY 14787** | **Managing Member** | **26%** |
| **Gregory D. DiPaolo**<br>**7060 East Lake Road**<br>**Westfield, NY 14787** | **Managing Member** | **26.5%** |
| **Paige A. DiPaolo**<br>**7060 East Lake Road**<br>**Westfield, NY 14787** | **Member** | **2.5%** |
| **Michael Drescher**<br>**7060 Goodrich Road**<br>**Forestville, NY 14062** | **Member** | **22.5%** |
| **Colin Hurd**<br>**18658 Ayrshire Circle**<br>**Port Charlotte, FL 33948** | **Member** | **22.5%** |

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Patti Ann Brown** **7060 East Lake Road** **Westfield, NY 14787** **Member** | **Salary (last paid 2007)** | **$1000/wk** |
| **Gregory D. DiPaolo** **7060 East Lake Road** **Westfield, NY 14787** **Member** | **Salary (last paid 2007)** | **$1000/wk** |
| **Paige A. DiPaolo** **7060 East Lake Road** **Westfield, NY 14787** **Member** | **Salary (last paid 2012)** | **$500/wk** |

### 24. Tax Consolidation Group.

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                         TAXPAYER IDENTIFICATION NUMBER (EIN)

### 25. Pension Funds.

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                               TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

9

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date    **June 15, 2015**          Signature    **/s/ Patti Ann Brown**

                                                                **Patti Ann Brown**

                                                                 **Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Western District of New York

In re   **Greg DiPaolo's Pro Am Golf, LLC**      Case No.

             Debtor(s)      Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **Usual Hourly Rates** |
| For the filing of this Petition I have received | $ **15,000.00** |
| Prior to the date of filing, the Debtor paid legal fees to Gleichenhaus, Marchese & Weishaar, P.C. in the amount of | $ **3,283.00** |
| Funds held for legal fees and disbursements incurred subsequent to the date of filing | $ **10,000.00** |
| Balance Due | $ **Usual Hourly Rates** |

2. $ __**1,717.00**__ of the filing fee has been paid direct by the Debtor in Possession.

3. The source of the compensation paid to me was:

    ☑ Debtor            ☐ Other (specify):

**$15,000 down**

4. The source of compensation to be paid to me is:

    ☑ Debtor     ☑ Other (specify):

            **Personally guaranteed by: Gregory DiPaolo & Patti Ann Brown**

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **June 15, 2015**           **/s/ Robert B. Gleichenhaus, Esq.**
                                      **Robert B. Gleichenhaus, Esq.**
                                      **Gleichenhaus, Marchese & Weishaar, P.C.**
                                      **930 Convention Tower**
                                      **43 Court Street**
                                      **Buffalo, NY 14202**
                                      **(716) 845-6446  Fax: (716) 845-6475**

# United States Bankruptcy Court

## Western District of New York

In re    **Greg DiPaolo's Pro Am Golf, LLC** _____ ,

Case No. _____

                            Debtor

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Colin Hurd**<br>**18658 Ayrshire Circle**<br>**Port Charlotte, FL 33948** | | | **22.5%** |
| **Gregory D. Dipaolo**<br>**7060 East Lake Road**<br>**Westfield, NY 14787** | | | **26.5%** |
| **Michael Drescher**<br>**7060 Goodrich Road**<br>**Forestville, NY 14062** | | | **22.5%** |
| **Patti Ann Brown**<br>**7060 East Lake Road**<br>**Westfield, NY 14787** | | | **26%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ___ **June 15, 2015** _____

Signature   **/s/ Patti Ann Brown** _____
                   **Patti Ann Brown**
                   **Managing Member**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

<u>  0  </u> continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re   **Greg DiPaolo's Pro Am Golf, LLC** _____   Case No. _____

                                         Debtor(s)      Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    **June 15, 2015** _____      **/s/ Patti Ann Brown** _____

                                                       **Patti Ann Brown**/**Managing Member**

                                                       Signer/Title

CBE Group
1309 Technology Parkway
Cedar Falls, IA 50613


Chase Business Card☐☐
c/o Chase Bank USA, N.A.
201 North Walnut Street
Wilmington, DE 19801


Chase Ink Business Card
c/o Chase Bank USA, N.A.
201 North Walnut Street
Wilmington, DE 19801


Daniel Alan Nicholas
9101 Greiner Road
Clarence, NY 14031


Dennis Foley
P.O. Box 14038
Mexico Beach, FL 32010


Donald H. Haskin Sr.
7765 East Lake Road
Westfield, NY 14787


FIA Card Services
c/o Bank of America, N.A.
100 North Tryon St
Charlotte, NC 28202


Floyd Kurgan
47 Risley
Fredonia, NY 14063


Gail Black
7904 Route 5
Westfield, NY 14787


Gary's Turf Care
6505 Draper Road
Akron, NY 14001

Getman & Biryla, LLP
Attn: Seth L. Hibbert, Esq.
800 Rand Building
14 Lafayette Square
Buffalo, NY 14203


Gregory D. DiPaolo
7060 East Lake Road
Westfield, NY 14787


M&T Bank
1100 Wehrke Drive, wnd Floor
Buffalo, NY 14221


Michael Paul Bush
7805 Persons Road
Westfield, NY 14787


New Caddyshack Restaurant, Inc.
7060 East Lake Road
Westfield, NY 14787


NYSDEC
Region 9 Office
270 Michigan Avenue
Buffalo, NY 14203


Paige A. DiPaolo
7060 East Lake Road
Westfield, NY 14787


Patti Ann Brown
7060 East Lake Road
Westfield, NY 14787


Patti Ann Brown & Gregory D. DiPaolo
7060 East Lake Road
Westfield, NY 14787


Penny Saver
276 West Main Street
P.O. Box 493
Fredonia, NY 14063

Phillips Lytle LLP
Attn: Alan J. Bozer, Esq.
One Canalside
125 Main Street
Buffalo, NY 14203-2887

Strictly Refrigeration
8305 Ogden Rd
Westfield, NY 14787

Thomas F. Keefe, Esq.
4455 Transit Rd
Buffalo, NY 14221

Thomas Roswell Lippard IV
2408 Ailsa Craig Street
Henderson, NV 89044

TImothy M. Brown, CPA PLLC
8500 Sheridan Drive, Suite A
Williamsville, NY 14221

Tracey Brunecz
501 Tower Drive Apt111
Rotterdam, NY 12306

Universal Resources Holdings,lnc ..
3152 East Main Road
Dunkirk, NY 14048

US Small Business Administration
130 S. Elmwood Avenue Suite 540
Buffalo, NY 14202

Willard H. J. Saperston
237 Main Street
Bullalo, NY 14203

# United States Bankruptcy Court
## Western District of New York

In re    __Greg DiPaolo's Pro Am Golf, LLC__                    Case No. _____

                                      Debtor(s)             Chapter     __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    __Greg DiPaolo's Pro Am Golf, LLC__    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__June 15, 2015__
Date

__/s/ Robert B. Gleichenhaus, Esq.__
__Robert B. Gleichenhaus, Esq.__
Signature of Attorney or Litigant
Counsel for    __Greg DiPaolo's Pro Am Golf, LLC__
__Gleichenhaus, Marchese & Weishaar, P.C.__
__930 Convention Tower__
__43 Court Street__
__Buffalo, NY 14202__
__(716) 845-6446 Fax:(716) 845-6475__

| Form **1065** | **U.S. Return of Partnership Income** | | OMB No. 1545-0099 |
|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | For calendar year 2013, or tax year beginning _____ , ending _____ .<br>▶ Information about Form 1065 and its separate instructions is at *www.irs.gov/form1065*. | | **2013** |

| A | Principal business activity | | Name of partnership | | | D | Employer identification number |
|---|---|---|---|---|---|---|---|
| | GOLF COURSE | Type<br>or<br>Print | GREG DIPAOLO'S PRO AM GOLF LLC | | | | |
| B | Principal product or service | | Number, street, and room or suite no. If a P.O. box, see the instructions. | | | E | Date business started |
| | RECREATION | | 7060 ROUTE 5 | | | | 1/19/2007 |
| C | Business code number | | City or town | State | ZIP code | F | Total assets (see the instructions) |
| | 713900 | | WESTFIELD | NY | 14787 | | $ 638,424 |
| | | | Foreign country name | Foreign province/state/county | Foreign postal code | | |

**G** Check applicable boxes: **(1)** ☐ Initial return  **(2)** ☐ Final return  **(3)** ☐ Name change  **(4)** ☐ Address change  **(5)** ☐ Amended return
      **(6)** ☐ Technical termination - also check (1) or (2)

**H** Check accounting method: **(1)** ☐ Cash  **(2)** ☒ Accrual  **(3)** ☐ Other (specify) ▶ _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year  ▶ ____ 5

**J** Check if Schedules C and M-3 are attached . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

**Caution.** Include *only* trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Income** | **1a** | Gross receipts or sales . . . . . . . . . . . . | **1a** | 40,000 | | |
| | **b** | Returns and allowances . . . . . . . . . . . | **1b** | | | |
| | **c** | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . | | | **1c** | 40,000 |
| | **2** | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . | | | **2** | 30,000 |
| | **3** | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . | | | **3** | 10,000 |
| | **4** | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) . . . | | | **4** | |
| | **5** | Net farm profit (loss) (attach Schedule F (Form 1040)) . . . . . . . . . . . . . | | | **5** | |
| | **6** | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . . . . . | | | **6** | |
| | **7** | Other income (loss) (attach statement) . . . . . . . . . . . . . . . . . . | | | **7** | |
| | **8** | **Total income (loss).** Combine lines 3 through 7 . . . . . . . . . . . . . . . | | | **8** | 10,000 |
| **Deductions** (see the instructions for limitations) | **9** | Salaries and wages (other than to partners) (less employment credits) . . . . . . . . | | | **9** | |
| | **10** | Guaranteed payments to partners . . . . . . . . . . . . . . . . . . . | | | **10** | |
| | **11** | Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . | | | **11** | |
| | **12** | Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **12** | |
| | **13** | Rent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **13** | |
| | **14** | Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . . . | | | **14** | |
| | **15** | Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **15** | |
| | **16a** | Depreciation (if required, attach Form 4562) . . . | **16a** | 6,482 | | |
| | **b** | Less depreciation reported on Form 1125-A and elsewhere on return . . | **16b** | | **16c** | 6,482 |
| | **17** | Depletion **(Do not deduct oil and gas depletion.)** . . . . . . . . . . . . . | | | **17** | |
| | **18** | Retirement plans, etc. . . . . . . . . . . . . . . . . . . . . . . . | | | **18** | |
| | **19** | Employee benefit programs . . . . . . . . . . . . . . . . . . . . . | | | **19** | |
| | **20** | Other deductions (attach statement) . . . . . . . . . . . . . . . . . . | | | **20** | 3,518 |
| | **21** | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 . . | | | **21** | 10,000 |
| | **22** | **Ordinary business income (loss).** Subtract line 21 from line 8 . . . . . . . . . . | | | **22** | 0 |

| **Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge. | | May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No |
|---|---|---|---|
| | ▶ _____<br>Signature of general partner or limited liability company member manager | ▶ _____<br>Date | |

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☒ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Timothy Brown | | 6/10/2015 | | P00053306 |
| | Firm's name ▶ Timothy M. Brown CPA PLLC | | | | Firm's EIN ▶ 16-1256995 |
| | Firm's address ▶ 8500 Sheridan Drive, Suite A | | | | Phone no. (716) 634-2951 |
| | City Williamsville | | State NY | | ZIP code 14221 |

**For Paperwork Reduction Act Notice, see separate instructions.**        Form **1065** (2013)

HTA

| Schedule B | Other Information |
|---|---|

|  |  | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |

**a** [X] Domestic general partnership     **b** [ ] Domestic limited partnership

**c** [ ] Domestic limited liability company     **d** [ ] Domestic limited liability partnership

**e** [ ] Foreign partnership     **f** [ ] Other ▶

|  |  | Yes | No |
|---|---|---|---|
| **2** | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  | X |
| **3** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . . . |  | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . . . . . . . |  | X |
| **4** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . |  | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| **5** | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  | X |
| **6** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 . . . . . . . . . . . . . . | X | |
|  | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| **7** | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? . . . . . . . . . . . |  | X |
| **8** | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . . |  | X |
| **9** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . |  | X |
| **10** | At any time during calendar year 2013, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR) (formerly TD F 90-22.1). If "Yes," enter the name of the foreign country. ▶ |  | X |

| Schedule B | Other Information *(continued)* | | |
|---|---|---|---|
| | | Yes | No |
| **11** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions . . . . . . . . . . . . . . | | X |
| **12a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? . . . . . . . . . . | | X |
| | See instructions for details regarding a section 754 election. | | |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions . . . . . . . | | X |
| **c** | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions. | | X |
| **13** | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly-owned by the partnership throughout the tax year) . . . . . . . . . . . . . . . . . . . . ▶ ☐ | | |
| **14** | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **15** | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. See instructions     ▶ | | |
| **16** | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership.     ▶            0 | | X |
| **17** | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return.  ▶            0 | | |
| **18a** | Did you make any payments in 2013 that would require you to file Form(s) 1099? See instructions . . . . . . . . . | | X |
| **b** | If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **19** | Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return.  ▶ | | |
| **20** | Enter the number of partners that are foreign governments under section 892.     ▶            0 | | |

**Designation of Tax Matters Partner** (see instructions)

Enter below the general partner or member-manager designated as the tax matters partner (TMP) for the tax year of this return:

| Name of designated TMP | GREGORY DIPAOLO | Identifying number of TMP | 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 |
|---|---|---|---|
| If the TMP is an entity, name of TMP representative | | Phone number of TMP | |
| Address of designated TMP | 7060 ROUTE 5 | | |
| | WESTFIELD | NY | 14787 |

Form **1065** (2013)

## Schedule K    Partners' Distributive Share Items

| | | | Total amount |
|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 22) | **1** | |
| | **2** Net rental real estate income (loss) (attach Form 8825) | **2** | |
| | **3a** Other gross rental income (loss) | **3a** | |
| | **b** Expenses from other rental activities (attach statement) | **3b** | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a | **3c** | 0 |
| | **4** Guaranteed payments | **4** | |
| | **5** Interest income | **5** | |
| | **6** Dividends: **a** Ordinary dividends | **6a** | |
| | **b** Qualified dividends | **6b** | |
| | **7** Royalties | **7** | |
| | **8** Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | **8** | |
| | **9a** Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | **9a** | |
| | **b** Collectibles (28%) gain (loss) | **9b** | |
| | **c** Unrecaptured section 1250 gain (attach statement) | **9c** | |
| | **10** Net section 1231 gain (loss) (attach Form 4797) | **10** | |
| | **11** Other income (loss) (see instructions) Type ▶ | **11** | |
| **Deductions** | **12** Section 179 deduction (attach Form 4562) | **12** | |
| | **13a** Contributions | **13a** | |
| | **b** Investment interest expense | **13b** | |
| | **c** Section 59(e)(2) expenditures: **(1)** Type ▶ **(2)** Amount ▶ | **13c(2)** | |
| | **d** Other deductions (see instructions) Type ▶ | **13d** | |
| **Self-Employ-ment** | **14a** Net earnings (loss) from self-employment | **14a** | |
| | **b** Gross farming or fishing income | **14b** | |
| | **c** Gross nonfarm income | **14c** | |
| **Credits** | **15a** Low-income housing credit (section 42(j)(5)) | **15a** | |
| | **b** Low-income housing credit (other) | **15b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | **15c** | |
| | **d** Other rental real estate credits (see instructions) Type ▶ | **15d** | |
| | **e** Other rental credits (see instructions) Type ▶ | **15e** | |
| | **f** Other credits (see instructions) Type ▶ | **15f** | |
| **Foreign Transactions** | **16a** Name of country or U.S. possession ▶ | | |
| | **b** Gross income from all sources | **16b** | |
| | **c** Gross income sourced at partner level | **16c** | |
| | Foreign gross income sourced at partnership level | | |
| | **d** Passive category ▶ **e** General category ▶ **f** Other ▶ | **16f** | |
| | Deductions allocated and apportioned at partner level | | |
| | **g** Interest expense ▶ **h** Other ▶ | **16h** | |
| | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | **i** Passive category ▶ **j** General category ▶ **k** Other ▶ | **16k** | |
| | **l** Total foreign taxes (check one): ▶ Paid ☐ Accrued ☐ | **16l** | |
| | **m** Reduction in taxes available for credit (attach statement) | **16m** | |
| | **n** Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | **17a** Post-1986 depreciation adjustment | **17a** | -1,141 |
| | **b** Adjusted gain or loss | **17b** | |
| | **c** Depletion (other than oil and gas) | **17c** | |
| | **d** Oil, gas, and geothermal properties—gross income | **17d** | |
| | **e** Oil, gas, and geothermal properties—deductions | **17e** | |
| | **f** Other AMT items (attach statement) | **17f** | |
| **Other Information** | **18a** Tax-exempt interest income | **18a** | |
| | **b** Other tax-exempt income | **18b** | |
| | **c** Nondeductible expenses | **18c** | |
| | **19a** Distributions of cash and marketable securities | **19a** | |
| | **b** Distributions of other property | **19b** | |
| | **20a** Investment income | **20a** | |
| | **b** Investment expenses | **20b** | |
| | **c** Other items and amounts (attach statement) | | |

Form **1065** (2013)

## Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l . . . . . . . . . . . . . . . . . | | | | **1** | 0 |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | | | | | | |

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash . . . . . . . . . . . . | | 29,521 | | 20,000 |
| 2a Trade notes and accounts receivable . . . . | | | | |
| b Less allowance for bad debts . . . . . . | | 0 | | 0 |
| 3 Inventories . . . . . . . . . . . | | 50,000 | | 30,000 |
| 4 U.S. government obligations . . . . . . | | | | |
| 5 Tax-exempt securities . . . . . . . . | | | | |
| 6 Other current assets (attach statement) . . . | | | | |
| 7a Loans to partners (or persons related to partners) . . | | | | |
| b Mortgage and real estate loans . . . . . | | | | |
| 8 Other investments (attach statement) . . . . | | | | |
| 9a Buildings and other depreciable assets . . . | 174,401 | | 174,401 | |
| b Less accumulated depreciation . . . . . | 55,877 | 118,524 | 62,359 | 112,042 |
| 10a Depletable assets . . . . . . . . . | | | | |
| b Less accumulated depletion . . . . . . | | 0 | | 0 |
| 11 Land (net of any amortization) . . . . . . | | 447,500 | | 447,500 |
| 12a Intangible assets (amortizable only) . . . . | 51,349 | | 51,349 | |
| b Less accumulated amortization . . . . . | 20,246 | 31,103 | 22,467 | 28,882 |
| 13 Other assets (attach statement) . . . . . | | | | |
| 14 Total assets . . . . . . . . . . . | | 676,648 | | 638,424 |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable . . . . . . . . . | | 130,000 | | 100,000 |
| 16 Mortgages, notes, bonds payable in less than 1 year | | 15,000 | | 33,776 |
| 17 Other current liabilities (attach statement) . . . . | | | | |
| 18 All nonrecourse loans . . . . . . . . | | | | |
| 19a Loans from partners (or persons related to partners) . . | | | | |
| b Mortgages, notes, bonds payable in 1 year or more . | | 427,000 | | 400,000 |
| 20 Other liabilities (attach statement) . . . . . | | | | |
| 21 Partners' capital accounts . . . . . . . | | 104,648 | | 104,648 |
| 22 Total liabilities and capital . . . . . . . | | 676,648 | | 638,424 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note.** Schedule M-3 may be required instead of Schedule M-1 (see instructions).

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . . . | | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): _____ | 0 | a | Tax-exempt interest  $ _____ | 0 |
| 3 | Guaranteed payments (other than health insurance) . . . . . . . . . | 0 | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): | | a | Depreciation  $ _____ | 0 |
| a | Depreciation  $ _____ | | 8 | Add lines 6 and 7 . . . . . . . . | 0 |
| b | Travel and entertainment  $ _____ | 0 | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | 0 |
| 5 | Add lines 1 through 4 . . . . . . | 0 | | | |

## Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year . . . . . . | 104,648 | 6 | Distributions:  a Cash . . . | |
| 2 | Capital contributed: a Cash . . . . | | |           b Property . . . . | |
| |           b Property . . . . | | 7 | Other decreases (itemize): _____ | |
| 3 | Net income (loss) per books . . . . . . | | | | |
| 4 | Other increases (itemize): _____ | 0 | 8 | Add lines 6 and 7 . . . . . . . . | 0 |
| 5 | Add lines 1 through 4 . . . . . . | 104,648 | 9 | Balance at end of year. Subtract line 8 from line 5 | 104,648 |

# Profit & Loss Statement
## 1/1/2014 Through 12/31/2014

| Category Description | 1/1/2014-12/31/2014 |
|---|---|
| **INCOME** | |
| Other Inc | 31,426.95 |
| Other Inc, Bus | 52,325.65 |
| TRANSFER FROM | -68.38 |
| **TOTAL INCOME** | 83,684.22 |
| **EXPENSES** | |
| Uncategorized | 0.00 |
| Auto | |
|   Service | 42.00 |
| TOTAL Auto | 42.00 |
| Bank Charge | 786.94 |
| BEVERAGES | 2,490.72 |
| Consultant Fees | 50.00 |
| COURSE EQUIPMENT & SUPPLIES | 175.00 |
| GASOLINE & FUEL | 2,256.00 |
| Insurance | 1,625.24 |
| Insurance, Bus | 3,840.78 |
| Interest Exp | 15,336.00 |
| Legal-Prof Fees | 5,017.00 |
| Licenses and Permits | 381.91 |
| Loan Payment | 16,825.00 |
| Misc. Supplies For Business | 1,622.00 |
| Miscellaneous, Bus | 3,150.00 |
| Postage and Delivery | 16.00 |
| Rent on Equip | 100.00 |
| Restaurant & Food Supplies | 10,109.84 |
| Tax, Business | 150.00 |
|   State | 1,090.00 |
| TOTAL Tax, Business | 1,240.00 |
| TRANSFER TO | 700.00 |
| Utilities | 8,003.98 |
|   Gas & Electric | 12,746.88 |
| TOTAL Utilities | 20,750.86 |
| **TOTAL EXPENSES** | 86,515.29 |
| **OVERALL TOTAL** | -2,831.07 |

# Cash Flow
## 1/1/2014 Through 12/31/2014

| Category Description | 1/1/2014–<br>12/31/2014 |
|---|---|
| **INFLOWS** | |
| Uncategorized | 0.00 |
| Other Inc | 31,426.95 |
| Other Inc, Bus | 52,325.65 |
| TRANSFER FROM | -68.38 |
| **TOTAL INFLOWS** | 83,684.22 |
| **OUTFLOWS** | |
| Auto | |
| Service | 42.00 |
| TOTAL Auto | 42.00 |
| Bank Charge | 786.94 |
| BEVERAGES | 2,490.72 |
| Consultant Fees | 50.00 |
| COURSE EQUIPMENT & SUPPLIES | 175.00 |
| GASOLINE & FUEL | 2,256.00 |
| Insurance | 1,625.24 |
| Insurance, Bus | 3,840.78 |
| Interest Exp | 15,336.00 |
| Legal-Prof Fees | 5,017.00 |
| Licenses and Permits | 381.91 |
| Loan Payment | 16,825.00 |
| Misc. Supplies For Business | 1,622.00 |
| Miscellaneous, Bus | 3,150.00 |
| Postage and Delivery | 16.00 |
| Rent on Equip | 100.00 |
| Restaurant & Food Supplies | 10,109.84 |
| Tax, Business | 150.00 |
| State | 1,090.00 |
| TOTAL Tax, Business | 1,240.00 |
| TRANSFER TO | 700.00 |
| Utilities | 8,003.98 |
| Gas & Electric | 12,746.88 |
| TOTAL Utilities | 20,750.86 |
| **TOTAL OUTFLOWS** | 86,515.29 |
| **OVERALL TOTAL** | -2,831.07 |

# Balance Sheet
## As of 12/31/2014

| Account | 12/31/2014 Balance |
|---|---|
| **ASSETS** | |
| Cash and Bank Accounts | |
| Caddyshack Restaurant | -332.28 |
| LLC Operating Account | 476.03 |
| M&T LLC OPERATING ACCOUNT | 5.60 |
| M&T NEW CADDYSHACK | 12.83 |
| Payroll Account | 0.00 |
| Cash Account | 242.00 |
| PETTY CASH | 0.00 |
| TOTAL Cash and Bank Accounts | 404.18 |
| **TOTAL ASSETS** | 404.18 |
| **LIABILITIES & EQUITY** | |
| **LIABILITIES** | 0.00 |
| **EQUITY** | 404.18 |
| **TOTAL LIABILITIES & EQUITY** | 404.18 |